| No. | Date | Bates Begin | Bates End | Description | Relevance | Objection |
|---|---|---|---|---|---|---|
| 101 | 6/16/2020 | SBA_003-000423 | SBA_003-000494 | EIDL loan file for 96 Dreams (Count 1) | Loan that is subject of Count 1 | |
| 102 | 6/17/2020 | SBA_003-001755 | SBA_003-001824 | EIDL loan file for Ush Clothing (Count 2) | Loan that is subject of Count 2 | |
| 103 | 6/19/2020 | SBA_003-000572 | SBA_003-000645 | EIDL loan file for Ugo Associates LLC (Count 3) | Loan that is subject of Count 3 | |
| 104 | 6/19/2020 | SBA_003-000192 | SBA_003-000275 | EIDL loan file for Bello Brand LLC (Count 4) | Loan that is subject of Count 4 | |
| 105 | 6/23/2020 | SBA_003-001094 | SBA_003-001306 | EIDL loan file for Igwe & Co Consult (Count 5) | Loan that is subject of Count 5 | |
| 106 | 6/24/2020 | SBA_003-001307 | SBA_003-001383 | EIDL loan file for Ronald Smith (Count 6) | Loan that is subject of Count 6 | |
| 107 | 6/25/2020 | SBA_003-000276 | SBA_003-000348 | EIDL loan file for Quamdeen Amuwo (Count 7) | Loan that is subject of Count 7 | |
| 108 | 7/2/2020 | SBA_003-000942 | SBA_003-001017 | EIDL loan file for Shamim Hajjar (Count 8) | Loan that is subject of Count 8 | |
| 109 | 7/4/2020 | SBA_003-001531 | SBA_003-001605 | EIDL loan file for Marcus Walker (Count 9) | Loan that is subject of Count 9 | |
| 110 | 7/8/2020 | SBA_003-000495 | SBA_003-000571 | EIDL loan file for Alex Andre (Count 10) | Loan that is subject of Count 10 | |
| 111 | 7/14/2020 | SBA_003-000349 | SBA_003-000422 | EIDL loan file for Adewale Marketing and Associates LLC (Count 11) | Loan that is subject of Count 11 | |
| 112 | 11/24/2020 | SBA_003-001384 | SBA_003-001460 | EIDL loan file for Lorinh Moore LLC (Count 12) | Loan that is subject of Count 12 | |
| 113 | | FBI_003-000004 | | SBA-OIG Spreadsheet of Loans Connected to 107 IP address | Spreadsheet with loan information for loans alleged to be part of scheme | |
| 114 | 10/14/2021 | FBI_005-000032 | FBI_005-000035 | SBA Memo re: EIDL loans and server location information | Proof of materiality and interstate wires | |
| 115 | | | | | | |
| 116 | | SBA_003-000001 | SBA_003-000117 | EIDL loan file for nwim LLC | Loan that Asiegbu obtained | |
| 117 | | SBA_003-002257 | SBA_003-002388 | EIDL loan file for Cue Projects | Loan that Asiegbu obtained | |
| 118 | 3/31/2020 | SBA_004-000001 | SBA_004-000060 | EIDL loan file for Smooth Sales LLC | Loan that Andre obtained | |
| 119 | 6/22/2020 | SBA_004-000134 | SBA_004-000142 | EIDL loan file for Andre Group LLC | Attempted EIDL for Andre | |
| 120 | 4/14/2020 | SBA_004-000223 | SBA_004-000296 | PPP loan file for Smooth Sales | Loan that Andre obtained | |
| 121 | 5/31/2018 | SBA_005-000001 | SBA_005-000237 | SBA Disaster Assistance Program Policy | SBA policy for EIDL loans | |
| 123 | 4/4/2020 | SBA_003-000118 | SBA_003-000191 | EIDL loan file for QP Marketing and Promotions Inc. | Additional funded loan connected to 107 IP address | |
| 124 | 4/7/2020 | SBA_003-001907 | SBA_003-001980 | EIDL loan file for SCF LLC | Additional funded loan connected to 107 IP address | |
| 125 | 4/7/2020 | SBA_003-000646 | SBA_003-000718 | EIDL loan file for Bello Group | Additional funded loan connected to 107 IP address | |
| 126 | 6/16/2020 | SBA_003-001981 | SBA_003-002056 | EIDL loan file for Kingdom Development Group LLC | Additional funded loan connected to 107 IP address | |
| 127 | 6/18/2020 | SBA_003-001018 | SBA_003-001093 | EIDL loan file for JoiBands | Additional funded loan connected to 107 IP address | |
| 128 | 6/18/2020 | SBA_003-001461 | SBA_003-001530 | EIDL loan file for Kozy Premium Goods LLC | Additional funded loan connected to 107 IP address | |

| No. | Date | Bates Begin | Bates End | Description | Relevance | Objection |
|---|---|---|---|---|---|---|
| 129 | 6/19/2020 | SBA_003-001825 | SBA_003-001906 | EIDL loan file for JustWill Group LLC | Additional funded loan connected to 107 IP address | |
| 130 | 6/19/2020 | SBA_003-000795 | SBA_003-000867 | EIDL loan file for SLK Group LLC | Additional funded loan connected to 107 IP address | |
| 131 | 6/20/2020 | SBA_003-001681 | SBA_003-001754 | EIDL loan file for H&H Luxury Events | Additional funded loan connected to 107 IP address | |
| 132 | 6/23/2020 | SBA_003-000868 | SBA_003-000941 | EIDL loan file for Sauce Enterprise LLC | Additional funded loan connected to 107 IP address | |
| 133 | 6/25/2020 | SBA_003-002057 | SBA_003-002132 | EIDL loan file for Justin E Willis | Additional funded loan connected to 107 IP address | |
| 134 | 6/27/2020 | SBA_003-000719 | SBA_003-000794 | EIDL loan file for Bennie LLC | Additional funded loan connected to 107 IP address | |
| 135 | 7/31/2020 | SBA_003-001606 | SBA_003-001680 | EIDL loan file for Marcus Simpson Trade Marketing | Additional funded loan connected to 107 IP address | |
| 136 | 7/2/2020 | SBA_007-000001 | SBA_007-000020 | EIDL loan file for Tiffany Oliver | Additional funded advance connected to 107 IP address | |
| | | | | | | |
| | | | | | | |
| 201 | | CHASE_001-000001 | CHASE_001-000075 | Chase Bank records for Ronald Rudy Smith accounts x1592 and x4531 | Bank account(s) used in scheme | |
| 202 | | CHASE_001-000076 | CHASE_001-000273 | Chase Bank records for Ugochukwu Asiegbu account #s 8569, 0806, 8074, 8132, 9527, 4488, 8017 | Bank account(s) used in scheme | |
| 203 | | CHASE_002-000001 | CHASE_002-000136 | Chase Bank records for Julian Deisch account #s 4125, 8098, 3778, 2255, 1596, 4129 | Bank account(s) used in scheme | |
| 204 | | CITI_001-000004 - 5; CITI_002-000001-204; CITI_003-000189 - 213; CITI_003-000218 - 219; CITI_003-000270-339 | | Ugochukwu Asiegbu Citi records for accounts x2016; x3193 | Bank account(s) used in scheme | |
| 205 | | CITI_003-000001-159; CITI_003-000168-186; CITI_003-000220-269; CITI_003-000343; CITI_003-000347-396; CITI_003-000397-466 | | Alex Andre Credit Card Records for Acct# 0205, Acct# 0006, and 96 Dreams LLC Acct# 9977 | Bank account(s) used in scheme | |
| 206 | | ETRADE_001-000001 | ETRADE_001-000187 | Amuwo E*Trade Account records | Bank account(s) used in scheme | |
| 207 | | FTB_000006 | FTB_000285 | Fifth Third Bank records for Joi Hampton | Bank account(s) used in scheme | |
| 208 | | HARRIS_001 - 000003 - 21; HARRIS_003 - 000102 - 203 | | BMO Harris Bank account x4731 and x4936 records for Quamdeen Amuwo | Bank account(s) used in scheme | |
| 209 | | HARRIS_002 - 000003 - 168; HARRIS_003 - 000077 - 101 | | BMO Harris Bank accounts x9020 and x4653 records for Smooth Sales (Andre business) | Bank account(s) used in scheme | |
| 210 | | HARRIS_003 - 000004 - 76 | | BMO Harris Bank account x2314 records for Marcus C. Walker | Bank account(s) used in scheme | |

| No. | Date | Bates Begin | Bates End | Description | Relevance | Objection |
|---|---|---|---|---|---|---|
| 211 | | PNC_001-000010-176; PNC_002-000001 -98 | | PNC bank records for Justin Williams, Amin Bello, and Edward Golson | Bank account(s) used in scheme | |
| 212 | | SQUARE_001-000003 | SQUARE_001-000005 | Square payment records for Quamdeen Amuwo | Bank account(s) used in scheme | |
| 213 | | SUTTON_001-000001 | SUTTON_001-000007 | Sutton Bank Square records for Quamdeen Amuwo | Bank account(s) used in scheme | |
| 214 | | TCF_001-000004 - 116; TCF_003-000001-03, 07-63 | | TCF Bank records for Amuwo account x5371 and x9635 | Bank account(s) used in scheme | |
| 215 | | TCF_001-000117 - 143; TCF_003-000004-06 | | TCF Bank records for Ronald Rudy Smith account x0467 | Bank account(s) used in scheme | |
| 216 | | TD_001-000002 | TD_001-000163 | TD Bank records for Nalani Sancristobal | Bank account(s) used in scheme | |
| 217 | | UOFI_001-000001 | UOFI_001-000036 | UICCU account records for Amuwo | Bank account(s) used in scheme | |
| 218 | | USAA_001-000001 | USAA_001-000242 | USAA Bank records for Benyaka Clark | Bank account(s) used in scheme | |
| 219 | | USBNK_001-000004-64; USBNK_002-000001-83, 176; USBNK_003-000001 - 123 | | US Bank accounts x5307 & x7581 records for Amuwo | Bank account(s) used in scheme | |
| 220 | | WFARGO_001-000001 | WFARGO_001-000413 | Wells Fargo Bank account records C Dickinson Home Design (8 accounts) | Bank account(s) used in scheme | |
| 221 | | WFARGO_001-000414 | WFARGO_001-000510 | Wells Fargo Bank account x9010 records for Hajjar Ford LLC | Bank account(s) used in scheme | |
| 222 | | WFARGO_001-001114-1242, WFARGO_002-000001 - 2 | | Wells Fargo Bank account x8996 records for Hajjar Ford LLC | Bank account(s) used in scheme | |
| 223 | | WFARGO_003-000003-7, 76-77, 81-141 | | Wells Fargo Bank account records for Shamim Hajjar x6636 | Bank account(s) used in scheme | |
| 224 | | USBNK_001-000065-120; SF_001-000001-9 | | US Bank account x7413 & State Farm Bank account #9413 records for Marcus Simpson | Bank account(s) used in scheme | |
| 225 | | USBNK_001-000121-166; USBNK_002-000128-170 | | US Bank accounts x2402 and x1563 records for Marcus Walker | Bank account(s) used in scheme | |
| 226 | | USBNK_001-000167-225; USBNK_002-000084-127 | | US Bank accounts x8776 & x8834 records for Justin Willis | Bank account(s) used in scheme | |
| 227 | | WFARGO_003-000001, 8-64, 78-79, 142-247 | | Wells Fargo Bank account records for Chibuikem Igwe x8396 | Bank account(s) used in scheme | |
| 228 | | WFARGO_003-000002, 65-73, 80, 248-314 | | Wells Fargo Bank account records for Justin Willis x9442 | Bank account(s) used in scheme | |
| | | | | | | |
| 301 | | FBI_005-000263-266 | | IDES' lack of records for entities | Proof of non-existence of businesses | |
| 302 | | OHJFS_001-000001, 2, 5 | | Lack of records for Ohio businesses listed on EIDL loans | Proof of non-existence of businesses | |

| No. | Date | Bates Begin | Bates End | Description | Relevance | Objection |
|---|---|---|---|---|---|---|
| 303 | 5/23/2022 | ILSOS_001-000006 | ILSOS_001-000010 | ILSOS records for Bello Brand LLC | Proof of non-existence of businesses | |
| 304 | 5/23/2022 | ILSOS_001-000097 | ILSOS_001-000101 | ILSOS records for Hajjar Ford LLC | Proof of non-existence of businesses | |
| 305 | 5/23/2022 | ILSOS_001-000221 | ILSOS_001-000225 | ILSOS records for SLK Group, LLC | Proof of non-existence of businesses | |
| 306 | 5/24/2022 | ILSOS_001-000226 | ILSOS_001-000229 | ILSOS records for Ugo Associates LLC | Proof of non-existence of businesses | |
| 307 | 5/25/2022 | SOS_001-000019 | SOS_001-000021 | ILSOS records for #Ush! Clothing | Proof of non-existence of businesses | |
| 308 | 5/24/2022 | SOS_001-000022 | SOS_001-000038 | ILSOS records for QP Marketing & Promotions Inc. | Proof of non-existence of businesses | |
| 309 | 4/28/2023 | ILSOS_002-000001 | ILSOS_002-000002 | ILSOS certification of lack of records | Proof of non-existence of businesses | |
| 310 | 5/8/2023 | SSA_001-000001 | SSA_001-000001 | Certification regarding lack of issuance of SSN ending in 8124 | Proof of fake identity used for EIDL | |
| 311 | 5/8/2023 | SSA_001-000002 | SSA_001-000002 | Certification regarding lack of issuance of SSN ending in 8937 | Proof of fake identity used for EIDL | |
| 312 | 5/8/2023 | SSA_001-000003 | SSA_001-000003 | Certification regarding lack of name/SSN correspondence for SSN ending in 2547 | Proof of fake identity used for EIDL | |
| 313 | 5/8/2023 | SSA_001-000004 | SSA_001-000004 | Certification regarding lack of name/SSN correspondence for SSN ending in 4797 | Proof of fake identity used for EIDL | |
| 314 | 5/8/2023 | SSA_001-000005 | SSA_001-000005 | Certification regarding lack of issuance of SSN ending in 7939 | Proof of fake identity used for EIDL | |
| 315 | 5/8/2023 | SSA_001-000006 | SSA_001-000006 | Certification regarding lack of name/SSN correspondence for SSN ending in 4527 | Proof of fake identity used for EIDL | |
| 316 | 5/8/2023 | SSA_001-000007 | SSA_001-000007 | Certification regarding lack of name/SSN correspondence for SSN ending in 0248 | Proof of fake identity used for EIDL | |
| 317 | 4/9/2021 | FBI_009-000001 | FBI_009-000013 | Title Application for 2015 Audi | Amuwo Identity | |
| | | | | | | |
| 401 | | UA_001-000008 | UA_001-000019 | Text messages between Amuwo and Asiegbu | Amuwo Knowledge and Identity | |
| 402 | Apr-Jun 2020 | GJ_001-000404 | GJ_001-000409 | Text messages between Amuwo and Asiegbu about Lorinh Moore CPN | Amuwo Knowledge and Identity | |
| 403 | Jun-20 | GJ_001-000351 | GJ_001-000355 | Text messages between Amuwo and Asiegbu about Ugo Associates EIDL application | Amuwo Knowledge and Identity | |
| 404 | Jul-20 | GJ_001-000410 | GJ_001-000411 | Attached screenshots from text message from Amuwo to Asiegbu re: SBA insider to be paid | Amuwo Knowledge and Identity | |
| 405 | Jul-20 | GJ_001-000396 | GJ_001-000400 | Text messages between Amuwo and Asiegbu re: Shamim Hajjar EIDL application, SBA insider, Ronald Rudy Smith, Lorinh Moore | Amuwo Knowledge and Identity | |

| No. | Date | Bates Begin | Bates End | Description | Relevance | Objection |
|---|---|---|---|---|---|---|
| 406 | Aug-20 | GJ_001-000401 | GJ_001-000403 | Text messages between Amuwo and Asiegbu re Ronald Smith TCF account, Wells Fargo business accounts | Amuwo Knowledge and Identity | |
| 407 | Jun-20 | GJ_001-000385 | GJ_001-000392 | WhatsApp messages between Amuwo and Asiegbu about Ugo Associates & Igwe & Co Consult EIDL applications | Amuwo Knowledge and Identity | |
| 408 | Jun-20 | UA_001-000002 | UA_001-000007 | WhatsApp messages between Asiegbu and Igwe | Amuwo Knowledge and Identity | |
| 409 | Jun-20 | GJ_001-000379 | GJ_001-000384 | WhatsApp messages between Asiegbu and Igwe | Amuwo Knowledge and Identity | |
| 410 | Jun-20 | UA_001-000021 | UA_001-000038 | Ugo Associates Articles of Organization & EIN Letter | Amuwo Knowledge and Identity | |
| 411 | 12/6/2021 | PHOTOS_001-000017 | PHOTOS_001-000019, 24-26, 41 | Photos from search of Amuwo apartment | Location from which fraudulent applications were submitted | |
| 412 | 12/6/2021 | SW_002-000001 | SW_002-000003 | Invoice for products shipped to "Marcus Simpson" at 1250 S Indiana | Documents recovered during search of Amuwo apartment showing knowledge/identity | |
| 413 | 12/6/2021 | SW_002-000026 | SW_002-000032 | Bank paperwork for Amuwo, multiple addresses | Documents recovered during search of Amuwo apartment showing knowledge/identity | |
| 414 | 12/6/2021 | SW_002-000033 | SW_002-000034 | Collection notice sent to "Amin Bello" | Documents recovered during search of Amuwo apartment showing knowledge/identity | |
| 415 | 12/6/2021 | SW_002-000035 | SW_002-000035 | QP Group document | Documents recovered during search of Amuwo apartment showing knowledge/identity | |
| 416 | 12/6/2021 | SW_002-000036 | SW_002-000039 | Bank paperwork for Amuwo, multiple addresses | Documents recovered during search of Amuwo apartment showing knowledge/identity | |
| 417 | | IGWE_001-000007 | IGWE_001-000012 | Text messages June 2020, Igwe-Asiegbu | Amuwo's role in Igwe EIDL app | |
| 418 | 12/6/2021 | SW_003-000001 | SW_003-000001 | Photo of parking ticket for Audi | Documents found during search of Amuwo apartment showing knowledge/identity | |
| 419 | 10/28/2014 | SUDLER_001-000001 | SUDLER_001-000005 | Amuwo Move-In Packet | Amuwo Identity | |
| | | | | | | |
| 501 | | IWG_001-000001 | IWG_001-000002 | Regus rental records for Delano Court Rm 2051 | Amuwo identity | |
| 502 | | SETAI_001-000005 | SETAI_001-000023 | Setai Hotel records for Marcus Simpson | Amuwo identity; use of funds from scheme | |
| 503 | | TRANSU_001-000001 | TRANSU_001-000009 | TransUnion Credit Report for Amuwo | Materiality of false statements regarding identity | |
| 504 | | PT_001-000001 | PT_001-000005 | Perfect Time records | Use of funds in scheme; identity | |
| 505 | | PT_002-000001 | PT_002-000008 | Amuwo-Abdullah Text Messages | Use of funds in scheme; identity | |
| 506 | | EURO_001-000001 | EURO_001-000014 | Amuwo-Ratkoceri Text Messages | Use of funds in scheme; identity | |

| No. | Date | Bates Begin | Bates End | Description | Relevance | Objection |
|---|---|---|---|---|---|---|
| 601 | | FBI_001-000003 | | IP address registration for 24.219.37.107 - registered to Tony Brock, 312-532-3234 | Amuwo Identity | |
| 602 | | GOOGLE_001 | | Google account records for email accounts listed on EIDL applications | Amuwo Identity | |
| 603 | | GOOGLE_002-000005 | GOOGLE_002-000006 | Google account records for maceo1913@gmail.com | Amuwo Identity | |
| 604 | | IONOS_001-000002 | IONOS_001-000009 | 1&1 account records for email accounts listed on EIDL applications | Amuwo Identity | |
| 605 | | 1AND1_001-000006 | 1AND1_001-000017 | 1&1 account records for quamdeenamuwo@mail.com | Amuwo Identity | |
| 606 | | ATT_001-008368 | ATT_001-008368 | AT&T subscriber info for 708-629-5598 (Julian Deisch phone) | Amuwo Identity | |
| 607 | | PINGER_001-000001 | PINGER_001-000016 | Pinger records for (909) 235-6359 | Amuwo Identity | |
| 608 | | TMOBILE_001-000001 - 30 | TMOBILE_001-000030 | T Mobile records for 312-532-3234 | Amuwo Identity | |
| 609 | | 1AND1_001-000006 - 17 + IONOS_001-000002 - 9 | | 1&1 records of various e-mail accounts, including quamdeenamuwo@mail.com | Amuwo Identity | |
| 701 | 4/6/2023 | IRS_001-000001 | IRS_001-000006 | IRS Fact of Filing information for entities on loans connected to 107 IP address | False Statements in Loan Applications; Non-existence of businesses | |
| 1001 | | | | Summary Chart of EIDL Application Information for 12 Counts | False statements in loan applications | |
| 1002 | | | | Summary Chart of Funds Flow for Amuwo UICCU account | Use of funds in scheme | |
| 1003 | | | | Summary Chart of Funds Flow for Marcus Walker US Bank accounts | Use of funds in scheme | |
| 1004 | | | | Summary Chart of Funds Flow for Hajjar Ford Wells Fargo accounts | Use of funds in scheme | |
| 1005 | | | | Summary Chart of Funds Flow for Ronald Rudy Smith TCF/Chase accounts | Use of funds in scheme | |
| 1006 | | | | Summary Chart of Funds Flow for Marcus Walker BMO Harris account | Use of funds in scheme | |
| 1007 | | | | Summary Chart of Funds Flow for Amuwo US Bank account | Use of funds in scheme | |
| 1008 | | | | Summary Chart of EIDL Application Information for Loans Connected to IP Address | False statements in loan applications; identity | |
| 1009 | | | | Summary Chart of Funding Information for Loans Connected to IP Address | Loss from scheme; use of funds in scheme | |